**No. 11-6061. Gabriel Cortes, aka Julio Cortes, aka Noel Cortes, Petitioner v. United States.**

565 U.S. 928, 132 S. Ct. 364, 181 L. Ed. 2d 231, 2011 U.S. LEXIS 7032.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 427 Fed. Appx. 803.

**No. 11-6065. David Clinton, Petitioner v. United States.**

565 U.S. 928, 132 S. Ct. 364, 181 L. Ed. 2d 231, 2011 U.S. LEXIS 7019.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6080. Michael Scott, Petitioner v. United States.**

565 U.S. 928, 132 S. Ct. 364, 181 L. Ed. 2d 231, 2011 U.S. LEXIS 6836.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 662 F.3d 492.

**No. 11-6087. Vincent Underwood, Petitioner v. United States.**

565 U.S. 928, 132 S. Ct. 364, 181 L. Ed. 2d 231, 2011 U.S. LEXIS 7130.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 427 Fed. Appx. 728.

**No. 11-6092. Robert McClain, Petitioner v. United States.**

565 U.S. 928, 132 S. Ct. 365, 181 L. Ed. 2d 231, 2011 U.S. LEXIS 6958.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 440 Fed. Appx. 63.

**No. 11-6093. Robert James Ocampo, Petitioner v. United States.**

565 U.S. 928, 132 S. Ct. 365, 181 L. Ed. 2d 231, 2011 U.S. LEXIS 7129.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6097. David Andrew Byrd, Petitioner v. United States.**

565 U.S. 928, 132 S. Ct. 365, 181 L. Ed. 2d 231, 2011 U.S. LEXIS 7065.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 425 Fed. Appx. 262.

**No. 11-6103. Felipe Lopez-Atanacio, Petitioner v. United States.**

565 U.S. 928, 132 S. Ct. 365, 181 L. Ed. 2d 231, 2011 U.S. LEXIS 6790.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 430 Fed. Appx. 792.